IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

THE UNITED STATES OF AMERICA

    vs.

                                                          CR. NO.      00CR00056-006(HL)

TEDDY RIVERO-VELEZ

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**INFORMATIVE MOTION**

TO THE HON. HECTOR M. LAFFITTE
UNITED STATES DISTRICT JUDGE
DISTRICT OF PUERTO RICO

      **COMES NOW, CARLINA CORTES BAEZ, SENIOR UNITED STATES PROBATION OFFICER** of this Honorable Court, presenting an official report upon the conduct and attitude of the offender, Teddy Rivero-Vélez, who on the 16th day of April 2001, was sentenced to serve an imprisonment term of sixty-five (65) months, followed by a supervised release term of five (5) year for a violation of Title 21 United States Code, Sections 846. On August 1, 2005, Mr. Rivero-Vélez was released from custody, at which time he commenced the term of supervised release imposed. Besides the standard conditions of supervision, Mr. Rivero-Vélez was ordered to refrain from any unlawful use of controlled substances, submit to substance abuse testing and drug treatment if needed. In addition, the offender was ordered to provide financial disclosure upon request of the Probation Officer. A special assessment in the amount of $100 was also imposed and the same was paid in full.

      **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

      1.    **VIOLATION OF STANDARD CONDITION NO. 5: "THE DEFENDANT SHALL REFRAIN FROM THE EXCESSIVE USE OF ALCOHOL AND SHALL NOT PURCHASE, POSSESS AND USE ANY CONTROLLED SUBSTANCE, EXCEPT AS PRESCRIBED BY A PHYSICIAN."**

On February 10 and 17, 2006, the offender reported to the Probation Office as instructed for drug testing. On each instance the test resulted positive to *opiates*. When confronted the offender admitted having relapsed in to the use of illegal drugs and expressed the need of treatment.

Except for the above-mentioned violation, the offender has complied will all other imposed conditions. Presently, the offender is receiving substance abuse counseling and treatment from one of our contracted drug treatment programs in order to overcome his addiction problem.

**WHEREFORE**, in view of the aforementioned, we respectfully request, unless ruled otherwise, that the Court do not take any action at this time and permit the offender to continue treatment. If the offender violates his conditions once again, he will then be brought before this Honorable Court to show cause why his supervised released term should not be revoked. Thereupon, that he to be dealt with pursuant to law.

In San Juan, Puerto Rico, this 7th day of March 2006.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

s/Carlina Cortés-Báez
Carlina Cortés-Báez
Senior United States Probation Officer
Federal Office Building, Room 400
150 Chardon Avenue
San Juan, P.R. 00918-1741
Tel. 787-766-5816
Fax 787-766-5945
E-mail: carlina_cortes@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

      I HEREBY certify that on this date, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Sonia Torres, Assistant United States Attorney and Frank Inserni, Esq., Defense Counsel.

      At San Juan, Puerto Rico, March    , 2006.

      s/Carlina Cortés-Báez
      Carlina Cortés-Báez
      Senior United States Probation Officer
      Federal Office Building, Room 400
      150 Chardon Avenue
      San Juan, P.R. 00918-1741
      Tel. 787-766-5816
      Fax 787-766-5945
      E-mail: carlina_cortes@prp.uscourts.gov

CCB/