**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

**THE UNITED STATES OF AMERICA**

    vs.

                                        **CR. NO. 00CR00056-006 (HL)**

**TEDDY RIVERO-VELEZ**

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION NOTIFYING VIOLATIONS OF
SUPERVISED RELEASE CONDITIONS AND THE REQUEST
FOR THE ISSUANCE OF A WARRANT**

**TO THE HON. HECTOR M. LAFFITTE
UNITED STATES DISTRICT JUDGE
DISTRICT OF PUERTO RICO**

    **COMES NOW, MIRIAM FIGUEROA, UNITED STATES PROBATION OFFICER** of this Honorable Court, presenting an official report upon the conduct and attitude of the offender, Teddy Rivero-Vélez, who on the 16th day of April 2001, was sentenced to serve an imprisonment term of sixty-five (65) months, followed by a supervised release term of five (5) year for a violation of Title 21 United States Code, Sections 846. On August 1, 2005, Mr. Rivero-Vélez was released from custody, at which time he commenced the term of supervised release imposed. Besides the standard conditions of supervision, Mr. Rivero-Vélez was ordered to refrain from any unlawful use of controlled substances, submit to substance abuse testing and drug treatment if needed. In addition, the offender was ordered to provide financial disclosure upon request of the Probation Officer. A special assessment in the amount of $100 was also imposed and the same was paid in full.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**1. VIOLATION OF STANDARD CONDITION NO. 7: "THE DEFENDANT SHALL REFRAIN FROM THE EXCESSIVE USE OF ALCOHOL AND SHALL NOT PURCHASE, POSSESS AND USE ANY CONTROLLED SUBSTANCE, EXCEPT AS PRESCRIBED BY A PHYSICIAN."**

**3. SPECIAL CONDITION - "IF ANY DRUG TEST SAMPLES DETECT SUBSTANCE ABUSE, THE DEFENDANT SHALL PARTICIPATE IN A SUBSTANCE ABUSE PROGRAM ARRANGED AND APPROVED BY THE PROBATION UNTIL DULY DISCHARGED BY AUTHORIZED PROGRAM PERSONNEL WITH THE APPROVAL OF THE U.S. PROBATION OFFICER."**

On February 10 and 17, 2006, the offender tested positive to **opiates**. On September 14, 2006, he tested positive to **benzoylecgonine, opiates and cocaine**. When confronted the offender admitted having relapsed into the use of illegal drugs and expressed the need of treatment. As such, on September 15, 2006, he was referred to Hogar San Jose for a 15 day detox program. However, on September 19, 2006, he abandoned the program without authorization.

**WHEREFORE,** I declare under penalty of perjury that the above aforementioned is true and correct. In view that the offender violated his conditions it is respectfully requested, unless ruled otherwise, that a warrant of arrest be issued so that the offender may be brought before this Court

to show cause why his supervision term should not be revoked. Thereupon, he be dealt with pursuant to law.

In San Juan, Puerto Rico, this 19th day of September 2006.

    Respectfully submitted,

    EUSTAQUIO BABILONIA, CHIEF
    U.S. PROBATION OFFICER

    s/Miriam Figueroa
    United States Probation Officer
    Federal Office Building, Room 400
    150 Chardon Avenue
    San Juan, P.R. 00918-1741
    Tel. 787-281-4980
    Fax 787-766-5945
    E-mail: miriam_figueroa@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

I HEREBY certify that on this date, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Sonia Torres, Assistant United States Attorney and Frank Inserni, Esq., Defense Counsel.

At San Juan, Puerto Rico, September 19, 2006.

    s/MiriamFigueroa
    United States Probation Officer
    Federal Office Building, Room 400
    150 Chardon Avenue
    San Juan, P.R. 00918-1741
    Tel. 787-281-4980
    Fax 787-766-5945
    E-mail: miriam_figueroa@prp.uscourts.gov

MF/