# UNITED STATES DISTRICT COURT

FOR THE JUDICIAL _____ District of _____ PUERTO RICO

UNITED STATES OF AMERICA

V.

TEDDY RIVERO-VELEZ
BLDG. 18, APT. 161
JOSE BARBOSA HOUSING PROJECT
BAYAMON, P.R.

## WARRANT FOR ARREST

Case Number:  **00-CR -056-006 (HL)**

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest        **TEDDY RIVERO-VELEZ**
                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Probation Violation Petition    **X** **Supervised Release Violation Petition**    ☐ Violation Notice

charging him or her with    (brief description of offense)

ONCE  ARRESTED DEFENDANT SHALL BE BROUGHT BEFORE MAGISTRATE JUDGE ON DUTY.

in violation of Title _____ United States Code, Section(s) _____

| | |
|---|---|
| HECTOR M. LAFFITTE | S/HECTOR M. LAFFITTE |
| Name of Issuing Officer | Signature of Issuing Officer |
| UNITED STATES JUDGE | SEPTEMBER 20, 2006,  AT HATO REY, PUERTO RICO |
| Title of Issuing Officer | Date and Location |

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Probation Office, Federal Bldg. Chardon Ave.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 9/29/2006 | Antonio Torres CJOUSM | |