**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA
Plaintiff

v.                                                          CRIM: NO. 00-056-06 (DRD)

[1] TEDDY RIVERO-VELEZ
Defendant.

ORDER TO SHOW CAUSE

Upon petition of Miriam Figueroa, U.S. Probation Officer of this, alleging that releasee,

Teddy Rivero Velez has failed to comply with his conditions of supervised release.

IT IS ORDERED that releasee appear before this Court on **January 14, 2008 at 11:00 a.m.**

to Show Cause, if there be any reason why his supervised release term should not be revoked;

thereupon the releasee to be dealt with pursuant to law.

At this hearing; releasee will be entitled:

1. To the disclosure of evidence against him.
2. To present evidence in his own behalf.
3. To the opportunity to question witnesses against him.
4. To be represented by counsel, in this case by the Federal Public Defender.

IT IS SO ORDERED.

In San Juan, Puerto Rico,  this 4th day of January 2008.


S/ ***DANIEL R. DOMÍNGUEZ***
DANIEL R. DOMÍNGUEZ
U.S. DISTRICT JUDGE