IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS

| | |
|---|---|
| HONORABLE DANIEL R. DOMÍNGUEZ | Date: January 14 , 2008 |
| COURTROOM DEPUTY: Omar FLAQUER | Cr. 00-056-06 (DRD) |
| COURT REPORTER: Donna W. DRATWA | |
| COURT INTERPRETER: Marie HERNANDEZ | USPO: Miriam Figueroa |

==============================================================================

Attorneys:

| | |
|---|---|
| UNITED STATES OF AMERICA | AUSA Andrew MASSUCCO |
| v. | |
| TEDDY RIVERO-VELEZ | Victor GONZALEZ, AFPD. |

==============================================================================

The defendant is present in court.

CASE CALLED SHOW CAUSE hearing on Supervised Release. The Court after having heard both parties, finds that the defendant violated the conditions of the imposed supervise release term by failing to complete his Six (6) months term at the Community Correction Center, as cited on the motion filed at Docket No. 235. The Court decided not to revoke the defendant, instead ordered the defendant to be placed in Home Confinement for a period of Two (2) months, to commence within thirty (30) days of today's proceedings. During the term of home confinement, the defendant During this period of time, the defendant shall remain at his place of residence except for employment or other activities approved in advanced as provided by the Home Detention policies established by the Probation Office of the Court. The defendant shall maintain a telephone at his place of residence without "call forwarding", a modem, "caller id, "call waiting" or portable cordless telephones for the above period, and wear an electronic monitoring device following the electronic

monitoring procedures specified by the Probation Officer. The defendant shall not leave the judicial district to which she was sentenced or released during the term of electronic monitoring.

*S/ Omar Flaquer Mendoza*
Omar Flaquer Mendoza
Case Manager/Courtroom Deputy Clerk