AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

FOR THE JUDICIAL   DISTRICT OF   PUERTO RICO

UNITED STATES OF AMERICA
V.
Teddy RIVERO-VELEZ
Jose Barbosa Public Housing
Building 18, Apt. 161
Bayamon, PR 00957
(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number:   00-CR-056-06 (DRD)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO | Room<br>COURTROOM 3 |
|---|---|
| Before:   JUDGE DANIEL R. DOMINGUEZ | Date and Time<br>JANUARY 14, 2008 AT 11:00 A.M. |

To answer a(n)
☐ Indictment   ☐ Information   ☐ Complaint   ☐ Probation Violation Petition   X Supervised Release Violation Petition   ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:
Supervised release violation.

COPY
ORIGINAL ✓
SERVICE COPY ☐
USAO COPY ☐

DANIEL R. DOMINGUEZ, U.S. DISTRICT JUDGE
Name and Title of Issuing Officer

s/ DANIEL R. DOMINGUEZ
Signature of Issuing Officer

JANUARY 4, 2008
Date

JDIS
AFO ☐   IN ✓
CIV ✓   OUT ✓
Item: 1

AO 83 (Rev. 10/03) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me on:[1]  1/11/08  Date |
| Check one box below to indicate appropriate method of service |

☒ Served personally upon the defendant at:

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on   1/11/08
              Date

Esteban Soto III
Name of United States Marshal

[signature]
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.