**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**


**THE UNITED STATES OF AMERICA**

    **vs.**

                               **CR. NO. 00CR00056-006 (DRD)**

**TEDDY RIVERO-VELEZ**
\* \* \* \* \* \* \* \* \* \* \* \* \* \*


**MOTION FOR SHOW CAUSE HEARING AND  REQUEST**
**FOR THE ISSUANCE OF A SUMMONS**


**TO THE HON. DANIEL R. DOMINGUEZ**
**UNITED STATES DISTRICT JUDGE**
**DISTRICT OF PUERTO RICO**

       **COMES NOW, MIRIAM FIGUEROA,  UNITED STATES PROBATION OFFICER** of this Honorable Court, presenting an official report upon the conduct and attitude of the offender, Teddy Rivero-Vélez, who on the 16th day of April 2001, was sentenced to serve an imprisonment term of sixty-five (65) months, followed by a supervised release term of five (5) year for a violation of Title 21 United States Code, Sections 846. On August 1, 2005, Mr. Rivero-Vélez was released from custody, at which time he commenced the term of supervised release imposed. Besides the standard conditions of supervision, Mr. Rivero-Vélez was ordered to refrain from any unlawful use of controlled substances,  submit to substance abuse testing and drug treatment if needed. In addition, the offender was ordered to provide financial disclosure upon request of the Probation Officer.  A special assessment in the amount of $100 was also imposed and the same was paid in full.

       On October 5, 2006, offender's supervised release term was revoked and was sentenced to an imprisonment term of  ten (10) months  followed by a supervised release term of two (2) years. He was released from imprisonment on July 14, 2007 and placed at the Hogar Crea Halfway House for a period of six (6) months. However, on January 14, 2008, a revocation hearing was held before Your Honor since offender  had violated his conditions while at the Halfway House and his supervised  release conditions were not revoked but in addition to offender's standard and special conditions, he was placed in the home confinement program for a period of six (6) months which he successfully completed.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**1.    VIOLATION OF STANDARD CONDITION NO. 7: "THE DEFENDANT SHALL REFRAIN FROM THE EXCESSIVE USE OF ALCOHOL AND SHALL NOT PURCHASE, POSSESS AND USE ANY CONTROLLED SUBSTANCE, EXCEPT AS PRESCRIBED BY A PHYSICIAN."**

On January 14, 2008, during a revocation hearing, Your Honor granted offender the opportunity to remain in supervision, however, he has continued to violate his supervised release conditions. A month later, on February 6, 2008, during a home visit, offender tested positive to cocaine and morphine. He was granted the opportunity to continue in ambulatory treatment. Nevertheless, on April 15, 2008, offender again tested positive to cocaine and on May 5, 2008, he failed to report to a surprise urine program.

**WHEREFORE**, I declare under penalty of perjury that the above-mentioned is true and correct. In lieu of the aforementioned, unless ruled otherwise, it is respectfully requested that a summons be issued so that the offender may be brought before this Court to show cause why his supervised release term should not be revoked. Thereupon, he to be dealt with pursuant to law.

In San Juan, Puerto Rico, this 5th day of June 2008.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

s/Miriam Figueroa
United States Probation Officer
Federal Office Building, Room 400
150 Chardon Avenue
San Juan, P.R. 00918-1741
Tel. 787-281-4980
Fax 787-766-5945
E-mail:miriam_figueroa@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

I HEREBY certify that on this date, I electronically filed the foregoing motion with the Clerk of the

Court using the CM/ECF system which will send notification of such filing to the following:

José A. Ruiz-Santiago, Assistant United States Attorney and Victor J. González, Assistant Federal Public

Defender.

At San Juan, Puerto Rico, June 5, 2008.


s/MiriamFigueroa
United States Probation Officer
Federal Office Building, Room 400
150 Chardon Avenue
San Juan, P.R. 00918-1741
Tel. 787-281-4980
Fax 787-766-5945
E-mail: miriam_figueroa@prp.uscourts.gov


MF/