IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>v.<br><br>[1] TEDDY RIVERO-VELEZ<br>Defendant. | CRIM: NO. 00-056-06 (DRD) |

ORDER TO SHOW CAUSE

Upon petition of Miriam Figueroa, U.S. Probation Officer of this, alleging that defendant, Teddy Rivero Velez has failed to comply with his conditions of supervised release.

IT IS ORDERED that releasee appear before this Court on **June 24, 2008 at 9:00 a.m.** to Show Cause, if there be any reason why his supervised release term should not be revoked; thereupon the defendant to be dealt with pursuant to law.

At this hearing; the defendant will be entitled:

1. To the disclosure of evidence against him.
2. To present evidence in his own behalf.
3. To the opportunity to question witnesses against him.
4. To be represented by counsel, in this case by the Federal Public Defender.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 5th day of June 2008.

S/ *DANIEL R. DOMÍNGUEZ*
DANIEL R. DOMÍNGUEZ
U.S. DISTRICT JUDGE