AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

FOR THE JUDICIAL _____ DISTRICT OF _____ PUERTO RICO

UNITED STATES OF AMERICA
V.
Teddy RIVERO-VELEZ
Res. Jose C. Barbosa
Edif. 18, Apt. 161
Bayamon, PR 00957
(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number: 00-CR-056-06 (DRD)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO | COURTROOM 3 |
| | Date and Time |
| Before: U.S. District Judge Daniel R. Dominguez | June 24, 2008 at 9:00 a.m. |

To answer a(n)
- ☐ Indictment
- ☐ Information
- ☐ Complaint
- ☐ Probation Violation Petition
- X Supervised Release Violation Petition
- ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:
Supervised release violation.

JDIS
AFO ☐   IN ☒
CIV ☒   OUT ☐
Item: 1

DANIEL R. DOMÍNGUEZ, U.S. DISTRICT JUDGE
Name and Title of Issuing Officer

By: S/Omar Flaquer-Mendoza, Deputy Clerk
Signature of Issuing Officer

June 6, 2008
Date

COPY ☐
ORIGINAL ☒
SERVICE COPY ☐
USAO COPY ☐

Case 3:00-cr-00056-DRD    Document 247    Filed 06/23/2008    Page 2 of 4

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1]   Date  06/19/2008

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at:

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  06/19/2008
             Date

Esteban Soto III
Name of United States Marshal

Rafael Ortega
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.

6/10/2008 ⇒ First Endeavor No one at apartment. Neighbors stated they do not know any one by the name of Teddy Rivero.

6/16/2008 ⇒ Second endeavor. No one at apartment.

6/18/2008 ⇒ Mr. Teddy Rivero Called left a message with his telephone number (787) 536-8585.

6/19/2008 ⇒ 11:35 am spoke with Teddy Rivero will try to serve process either today or tomorrow, but will send him via mail a copy. Mr. Rivero is aware of Date and time of Summons