IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

<u>MINUTES OF PROCEEDINGS</u>

HONORABLE DANIEL R. DOMÍNGUEZ                    Date: September 3 , 2008

COURTROOM DEPUTY: Omar FLAQUER              Cr. 00-056-06 (DRD)

COURT REPORTER: Donna W. DRATWA

COURT INTERPRETER: Felix TOLEDO                    USPO: Miriam Figueroa
===============================================================
                                                    <u>Attorneys:</u>

UNITED STATES OF AMERICA                    AUSA Andrew MASSUCCO

v.

TEDDY RIVERO-VELEZ                          Victor GONZALEZ, AFPD.

===============================================================

The defendant is present in court.

CASE CALLED FOR REVOCATION hearing, but not held.  U.S. Probation and counsel for the defendant shall inform the Court if this defendant may receive further drug treatment. Therefore, Revocation hearing is continued for September 15, 2008 at 5:00 p.m.


                                    <u>*S/ Omar Flaquer Mendoza*</u>
                                    Omar Flaquer Mendoza
                                    Case Manager/Courtroom Deputy Clerk