**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA,
Plaintiff

        vs.                        CR NO. 00CR00056-006 (DRD)

TEDDY RIVERO-VELEZ,
Defendant

* * * * * * * * * * * * * * * * * * * * * * *

**MOTION IN COMPLIANCE WITH COURT ORDER
DATED SEPTEMBER 3, 2008**

**TO THE HONORABLE DANIEL R. DOMINGUEZ
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF PUERTO RICO**

**COMES NOW**, Miriam Figueroa, U.S. Probation Officer of this Court, and in compliance with the Court order of September 3, 2008, respectfully informs and prays as follows:

Contact was made with Dr. Alejo Borrero, FCI, Talladega, Alabama, who informed that he cannot confirm whether or not offender will be allowed to participate in their 500 hour residential drug treatment program since it depends if there are other participants who are in greater need and have not participated in the program. Nevertheless, he indicated that offender can participate in the non-residential drug program which serves as a refresher course wherein the participants meet once a week for twelve weeks to discuss a particular drug related topic.  The program has three topics and if offender participates in all three, he will be in the program for a total of thirty-six weeks.  Dr. Borrero further stated that should offender be allowed to engage once again in their 500 hour drug treatment program, offender will not benefit from a second early release.

Lastly, Dr. Borrero informed that the sentence should read that offender is to participate in the 500 hour residential drug treatment program or any other non-residential drug abuse program.

**WHEREFORE**, the aforementioned information is submitted for information purposes,  as ordered by the Court.

In San Juan, Puerto Rico, this 12th day of September, 2008.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

s/Miriam Figueroa
U.S. Probation Officer
Federal Office Building, Office 400
150 Chardón Avenue
San Juan, PR 00918
Tel:  787-281-4980
Fax: 787-766-5945
miriam_figueroa@prp.uscourts.gov

## CERTIFICATE OF SERVICE

I HEREBY certify that on September 12, 2008, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing  to the following: Charles Walsh, Assistant U.S. Attorney and Víctor J. González, Assistant Federal Public Defender.

At San Juan, Puerto Rico, September 12, 2008

 s/Miriam Figueroa
 U.S. Probation Officer
 150 Chardón Avenue
 Federal Office Building, Office 400
 San Juan, PR 00918
 Tel.: 787-281-4980
 Fax: 787-766-5945
 miriamfigueroa@prp.uscourts.gov

MF/