IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS

HONORABLE DANIEL R. DOMÍNGUEZ                Date: September 15, 2008

COURTROOM DEPUTY: Omar FLAQUER               Cr. 00-056-06 (DRD)

COURT REPORTER: Donna W. DRATWA

COURT INTERPRETER: Marie HERNANDEZ           USPO: Miriam Figueroa
===============================================================================
                                             Attorneys:

UNITED STATES OF AMERICA                     AUSA Carlos CARDONA

v.

TEDDY RIVERO-VELEZ                           Victor GONZALEZ, AFPD.

===============================================================================

The defendant is present in court.

CASE CALLED SHOW CAUSE hearing on Supervised Release. The Court after having heard both parties, made a finding that the defendant violated the conditions of the imposed supervise release term by using controlled substances. Therefore, the term of supervised release imposed on October 5, 2006 is revoked.

Term of Imprisonment: Eighteen (18) months. The defendant shall be plaice in the thirty-six (36) week non-residential drug program. The Court strongly recommended that this defendant be allowed to served the term of imprisonment at FCI Talladega, Alabama. The U.S. Marshals are ordered to send this defendant to the designated institution, within ten (10) days of designation. Designation shall be made within ten (10) days.

*S/ Omar Flaquer Mendoza*
Omar Flaquer Mendoza
Case Manager/Courtroom Deputy Clerk