# UNITED STATES DISTRICT COURT

FOR THE _____ District of _____ PUERTO RICO _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**V.**<br>**Teddy RIVERO-VELEZ** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case Number: 00-CR-056-06 (DRD)<br>USM Number: 19378-069<br><br>Victor Gonzalez Bothwell, AFPD.<br>Defendant's Attorney |

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)   Standard Conditions of Supervised Release No. 7.

☐   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Standard Condition No. 7 | Positive results to the use of cocaine. | May 5, 2008 |

      The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

      It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Defendant's Soc. Sec. No.: _____ | September 15, 2008<br>Date of Imposition of Judgment |
| Defendant's Date of Birth: _____ | |
| | S/ DANIEL R. DOMÍNGUEZ<br>Signature of Judge |
| Defendant's Residence Address: | |
| | DANIEL R. DOMÍNGUEZ, U.S. DISTRICT COURT<br>Name and Title of Judge |
| | September 16, 2008<br>Date |
| Defendant's Mailing Address: | |

DEFENDANT:        Teddy RIVERO-VELEZ
CASE NUMBER:      00-CR-056-06 (DRD)

## IMPRISONMENT

   The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :    EIGHTEEN (18) months.

X   The court makes the following recommendations to the Bureau of Prisons:
   It is strongly recommended that this defendant be allowed to received while incarcerated the thirty-six (36) weeks non-residential drug program treatment.
   It is strongly recommended that this defendant be allowed to serve the term of imprisonment at FCI Talladega, Alabama in order for the defendant to receive the thirty-six (36) weeks non-residential drug program treatment.

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

   ☐   at _____   ☐ a.m.   ☐ p.m.   on _____ .

   ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐   before 2 p.m. on _____ .

   ☐   as notified by the United States Marshal.

   ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL