IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiffs,<br><br>v.<br><br>[6] TEDDY RIVERO-VELEZ<br><br>Defendant. | CR. NO. 00-056 (DRD) |

ORDER

The United States Marshal's Office for this District is ORDERED to make all necessary arrangements to designate and transfer defendant, Teddy Rivero-Velez <u>within ten (10) days</u> to a detention institution, preferably FCI Talladega, Alabama, in order to have the defendant provided the thirty-six (36) weeks non-residential drug program treatment while incarcerated.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 18th day of September 2008.

S/ ***DANIEL R. DOMÍNGUEZ***
DANIEL R. DOMÍNGUEZ
U.S. DISTRICT JUDGE