# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
    Plaintiff

v.                                                          CRIMINAL NO. 00-056 (DRD)

[6] Teddy Rivero Velez
    Defendant

## NOTICE OF APPEARANCE

TO THE HONORABLE COURT:

COMES NOW the United States of America represented through its undersigned counsel and respectfully states and prays as follows:

Assistant United States Attorney Carlos R. Cardona has been assigned as lead counsel in this case for the United States of America.

WHEREFORE, the United States respectfully requests this Honorable Court enter the appearance of the undersigned as lead counsel in this case.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed with the Clerk of the Court using CM/ECF system, which will submit notification to attorneys of record.

Respectfully submitted in San Juan, Puerto Rico, this 18th day of September 2008.

**Rosa Emilia Rodríguez-Vélez**
UNITED STATES ATTORNEY

*s/Carlos R. Cardona*
CARLOS R. CARDONA
Assistant United States Attorney
Torre Chardón Building, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Telephone: 787-766-5656
Telecopier: 787-772-4012